1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                      DISTRICT OF NEVADA

6                                             * * *

7   SOLERA AT ANTHEM COMMUNITY        )
    ASSOCIATION,                      )
8                                     )
                   Plaintiff,         )        2:11-cv-00425-LDG-CWH
9                                     )
    vs.                               )        **ORDER**
10                                    )
    DEL WEBB COMMUNITIES, INC., *et al*., )
11                                    )
                   Defendants.        )
12  _____)

13        This matter is before the court on the Olson, Cannon, Gormley, Angulo & Stoberski's

14  Notice to Amend CM/ECF Service List (#77), filed on November 1, 2012.  The notice seeks to

15  replace Michael E. Stoberski with Philip S. Gerson as lead counsel for Third Party Defendant

16  Ferguson Enterprises, Inc. and replace Christopher J. Richardson with Matthew Cavanaugh.

17  However, the Court finds that it does not comply with Local Rule IA 10-6 as it does not bear the

18  signature of the client represented.  Additionally, the Court notes that it previously denied, in

19  part, without prejudice, the Ex-Parte Motion to Substitute Counsel on CM/ECF Service List and

20  Request to Amend Notice and Special Notice (#74), filed on July 13, 2012, for failure to comply

21  with LR IA 10-6(c).  Instead of filing a new Motion to Substitute Counsel in compliance with LR

22  IA 10-6(c), this notice was filed.

23        Based on the foregoing and good cause appearing therefore,

24        **IT IS HEREBY ORDERED** that the Notice to Amend CM/ECF Service List (#77) is

25  **denied without prejudice**.

26        DATED this 2nd day of November, 2012.

27

28        _____
          C.W. Hoffman, Jr.
          United States Magistrate Judge